# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD WOMACK, | Case No.: 2:23-cv-00781-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| J. SCALLY, et al., | |
| Defendants | |

The proposed joint pretrial order is overdue. *See* ECF No. 14 at 4.

I THEREFORE ORDER the parties to file the proposed joint pretrial order by October 22, 2024. Failure to do so may result in sanctions, including the striking of claims and defenses.

DATED this 1st day of October, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE